EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Sharlene M. Ballesteros La Salle | 2015 TSPR 151<br><br>194 DPR ____ |

Número del Caso: TS-16,444


Fecha: 6 de noviembre de 2015


Abogada de la Peticionaria:

        Por derecho propio


Materia: Reinstalación al ejercicio de la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Sharlene M. Ballesteros La Salle

TS-16444

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de noviembre de 2015.

Evaluada la *Moción en solicitud de reinstalación al ejercicio de la notaría* presentada por la Lcda. Sharlene M. Ballesteros La Salle, así como la *Moción informativa en cumplimiento de orden* presentada por la Oficina de Inspección de Notarías, se reinstala a la licenciada Ballesteros La Salle al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo